# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | | |
|---|---|---|
| JERRY LEE BRANHAM, | ) | C.A. NO. 4:15-cv-04861-RBH |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT W. HAVENS AND GYPSUM EXPRESS LTD, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | | |
| JANIE BRANHAM, | ) | C.A. NO. 4:16-cv-02471-RBH |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT W. HAVENS AND GYPSUM EXPRESS LTD, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## CONSENT ORDER GRANTING CONSOLIDATION

The parties in the above-referenced actions have represented that these two actions involve common questions of fact and law. The parties have represented that, in the interest of judicial economy, consolidation will allow the court to resolve discovery and evidentiary disputes, if any arise, with one hearing. Pursuant to Rule 42, *FRCP*, and upon the consent and motion of the parties and good cause shown, it is hereby ordered that discovery and trial proceed concurrently in the above-referenced actions.

IT IS SO ORDERED.

2

October 12, 2016                                          s/ R. Bryan Harwell
Florence, South Carolina                                  R. Bryan Harwell
                                                          United States District Judge

2